# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF ALAMEDA, CALIFORNIA, on behalf of itself and ALAMEDA POWER & TELECOM, a department of the City of Alameda; ALAMEDA PUBLIC FINANCING AUTHORITY; and ALAMEDA PUBLIC IMPROVEMENT CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND; THE NUVEEN MUNICIPAL TRUST; and NUVEEN ASSET MANAGEMENT, INC.,<br><br>Defendants. | Case No. C 08-04575 SI<br><br>[Complaint filed October 1, 2008]<br><br>Case assigned to Honorable Susan Illston<br><br>**[PROPOSED] ORDER EXTENDING PAGE LIMIT OF NUVEEN'S OPPOSITION TO COUNTERCLAIM DEFENDANTS' MOTIONS TO DISMISS** |
| NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND, a Massachusetts business trust; THE NUVEEN MUNICIPAL TRUST on behalf of its series NUVEEN HIGH YIELD MUNICIPAL BOND FUND, a Massachusetts business trust, and PACIFIC SPECIALTY INSURANCE COMPANY, a California Insurance Company,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>CITY OF ALAMEDA CALIFORNIA; ALAMEDA POWER & TELECOM, a | [STIPULATION EXTENDING PAGE LIMIT OF NUVEEN'S OPPOSITION TO COUNTERCLAIM DEFENDANTS' MOTIONS TO DISMISS BEING FILED CONCURRENTLY HEREWITH]<br><br>HEARING:<br>DATE: 1/23/09<br>TIME: 9:00 a.m.<br>CTRM: 10 |

1

```
department of the City of Alameda; ALAMEDA )
PUBLIC FINANCING AUTHORITY, an            )
unregistered California corporation;       )
ALAMEDA PUBLIC IMPROVEMENT                )
CORPORATION, a California non-profit public)
benefit corporation; STONE & YOUNGBERG,   )
LLC, a California limited liability company; and)
UPTOWN SERVICES, INC., a private          )
corporation f/k/a Uptown Services, LLC,    )
                                           )
        Counterclaim Defendants.           )
                                           )
                                           )
```

# [PROPOSED] ORDER

Based on the parties' Stipulation Extending Page Limit of Nuveen's Opposition to Counterclaim Defendants' Motions to Dismiss, and good cause appearing thereto, IT IS HEREBY ORDERED THAT:

Counterclaim Plaintiffs Nuveen Municipal High Income Opportunity Fund, the Nuveen Municipal Trust on behalf of its series Nuveen High Yield Municipal Bond Trust, and Pacific Specialty Insurance Co. will file one memorandum of points and authorities in support of their opposition to Counterclaim Defendants' Motions to Dismiss of no more than 50 pages.

Dated: _____     _____
                                    Honorable Susan Illston

///
///
///
///
///

1 | Respectfully Submitted:

3 | Dated: December 29, 2008

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO P.C.

*Nada Shamonki*

Harvey I. Saferstein
Nada I. Shamonki
*Attorneys for Defendants and Counterclaim Plaintiffs Nuveen Municipal High Income Opportunity Fund, the Nuveen Municipal Trust on behalf of its series Nuveen High Yield Municipal Bond Trust, and Counterclaim Plaintiff Pacific Specialty Co.*

**DAVIS & CERIANI, P.C.**

*Melissa Hessler*

Michael P. Cillo, Esq.
Melissa J. Hessler, Esq.
*Attorneys for Defendants and Counterclaim Plaintiffs Nuveen Municipal High Income Opportunity Fund, the Nuveen Municipal Trust on behalf of its series Nuveen High Yield Municipal Bond Trust, and Counterclaim Plaintiff Pacific Specialty Co.*

## CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within action. My business address is 1350 Seventeenth Street, Suite 400 Denver, CO 80112.

I hereby certify that on December 29, 2008, I electronically filed the **[PROPOSED] ORDER EXTENDING PAGE LIMIT OF NUVEEN'S OPPOSITION TO COUNTERCLAIM DEFENDANTS' MOTIONS TO DISMISS** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registered parties.

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 29th day of December, 2008, in Denver, Colorado.

MORGAN SHIP

4504490v.1