# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States District Court

For the Northern District of California

CITY OF ALAMEDA, CALIFORNIA,

        Plaintiff,

  v.

NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND,

        Defendant.

_____/

No. C 08-04575 SI

**PRETRIAL PREPARATION ORDER**

    It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 5, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 1, 2009.

DESIGNATION OF EXPERTS: 12/14/09; REBUTTAL: 1/8/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 29, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by February 12, 2010;

    Opp. Due February 26, 2010; Reply Due March 5, 2010;

    and set for hearing no later than March 19, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 20, 2010 at 3:30 PM.

JURY TRIAL DATE: May 3, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Initial disclosures shall be produced 30 days after the Court's ruling on the motion to dismiss.
This case shall be referred to Magistrate-Judge Spero for settlement purposes. The settlement conference shall occur during the last 1/2 of May 2009.
Defendant may amend it's counterclaim.
The ADR conference set for March 12, 2009 is vacated.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

            SUSAN ILLSTON
            United States District Judge