WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
Eric J. Firstman – 111534
Gregory R. Aker – 104171
Richard E. Elder – 205389
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone: (510) 835-9100
Facsimile: (510) 451-2170
Email: efirstman@wulfslaw.com

Attorneys for Plaintiffs
CITY OF ALAMEDA, and its
Department, ALAMEDA POWER & TELECOM

OFFICE OF THE CITY ATTORNEY
CITY OF ALAMEDA
Teresa L. Highsmith – 155262
2263 Santa Clara Avenue, Room 280
Alameda, California 94501
Telephone: (510) 747-4750
Facsimile: (510) 747-4767
Email: thighsmi@ci.alameda.ca.us

Attorneys for Plaintiffs
ALAMEDA PUBLIC FINANCING AUTHORITY, and
ALAMEDA PUBLIC IMPROVEMENT CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF ALAMEDA, CALIFORNIA, on behalf of itself and ALAMEDA POWER & TELECOM, a department of the City of Alameda; ALAMEDA PUBLIC FINANCING AUTHORITY; and ALAMEDA PUBLIC IMPROVEMENT CORPORATION,<br><br>            Plaintiffs,<br>vs.<br><br>NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND; THE NUVEEN MUNICIPAL TRUST; and NUVEEN ASSET MANAGEMENT, INC.,<br><br>            Defendants.<br><br>And related actions | Case No. C 08-04575 SI<br><br>[Complaint filed October 1, 2008]<br><br>Case assigned to the Honorable Susan Illston<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF HEARINGS ON MOTIONS REQUESTING LEAVE TO FILE FIRST AMENDED COUNTERCLAIM AND TO AMEND CAPTION** |

1  WHEREAS the hearings on the Nuveen defendants' Motion Requesting Leave to File First Amended Counterclaim and Motion to Amend the Caption (collectively, the "Motions") originally set for April 24, 2009 have been continued by the Court to May 8, 2009;

WHEREAS counsel for the City of Alameda has a calendar conflict on May 8, 2009;

THEREFORE, it is hereby stipulated that the hearings on the Motions shall be continued to **May 22, 2009.**

DATED:  March 19, 2008           WULFSBERG REESE COLVIG & FIRSTMAN
                                 PROFESSIONAL CORPORATION


                                 By     /s/ Richard E. Elder
                                        RICHARD E. ELDER

                                 Attorneys for Plaintiffs and Counterclaim Defendants
                                 CITY OF ALAMEDA, et al.


DATED:  March 19, 2008           DAVIS & CERIANI, P.C.


                                 By     /s/ Michael P. Cillo
                                        MICHAEL P. CILLO

                                 Attorneys for Defendants and Counterclaimants
                                 NUVEEN MUNICIPAL HIGH INCOME
                                 OPPORTUNITY FUND, et al.


DATED:  March 19, 2008           SHARTSIS FRIESE LLP


                                 By     /s/ Robert C. Friese
                                        ROBERT C. FRIESE

                                 Attorneys for Counterclaim Defendant
                                 STONE & YOUNGBERG LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____           _____
                                        The Hon. Susan Ilston
                                        United States District Judge

STIPULATION RE SCHEDULING OF MOTIONS
1883-010\2253455.1

2