WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
Eric J. Firstman – 111534
Gregory R. Aker – 104171
Richard E. Elder – 205389
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone: (510) 835-9100
Facsimile: (510) 451-2170
Email: efirstman@wulfslaw.com

Attorneys for Plaintiffs
CITY OF ALAMEDA, and its
Department, ALAMEDA POWER & TELECOM

OFFICE OF THE CITY ATTORNEY
CITY OF ALAMEDA
Teresa L. Highsmith – 155262
2263 Santa Clara Avenue, Room 280
Alameda, California 94501
Telephone: (510) 747-4750
Facsimile: (510) 747-4767
Email: thighsmi@ci.alameda.ca.us

Attorneys for Plaintiffs
ALAMEDA PUBLIC FINANCING AUTHORITY, and
ALAMEDA PUBLIC IMPROVEMENT CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF ALAMEDA, CALIFORNIA, on behalf of itself and ALAMEDA POWER & TELECOM, a department of the City of Alameda; ALAMEDA PUBLIC FINANCING AUTHORITY; and ALAMEDA PUBLIC IMPROVEMENT CORPORATION,<br><br>Plaintiffs,<br>vs.<br><br>NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND; THE NUVEEN MUNICIPAL TRUST; and NUVEEN ASSET MANAGEMENT, INC.,<br><br>Defendants.<br><br>And related actions | Case No. C 08-04575 SI<br>Related Case No. C 09-1437 SI<br><br>[Complaint filed October 1, 2008]<br><br>Case assigned to the Honorable Susan Illston<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

1  WHEREAS when the parties set the settlement conference in this matter for May 28, 2009, they anticipated that, by late May, discovery would have been open for between three and four months;

WHEREAS it now appears that discovery will not have opened at all by May 28, 2009 and the pleadings are currently not set;

WHEREAS it may be sensible to involve the additional parties who recently filed a closely-related lawsuit in any settlement conference;

WHEREAS the parties to the recently-filed related action will require time to prepare for a settlement conference;

THEREFORE, it is hereby stipulated that the May 28, 2009 settlement conference shall be continued to a mutually convenient date not later than October 15, 2009. The parties will attempt to schedule the settlement conference before Magistrate Spero but, to the extent Magistrate Spero's calendar is not compatible with the calendars of the parties and the October 15, 2009 deadline, the parties may explore the option of mediating the matter using a private mediator. The parties and the Court will discuss the settlement conference further at the June 5, 2009 Case Management Conference.

DATED: May 14, 2008          WULFSBERG REESE COLVIG & FIRSTMAN
                             PROFESSIONAL CORPORATION


                             By     /s/ Richard E. Elder
                                  RICHARD E. ELDER

                             Attorneys for Plaintiffs and Counterclaim Defendants
                             CITY OF ALAMEDA, et al.


DATED: May 14, 2008          DAVIS & CERIANI, P.C.


                             By     /s/ Michael P. Cillo
                                  MICHAEL P. CILLO

                             Attorneys for Defendants and Counterclaimants
                             NUVEEN MUNICIPAL HIGH INCOME
                             OPPORTUNITY FUND, et al.

1  DATED: May 14, 2008        SHARTSIS FRIESE LLP

            By  /s/ Robert C. Friese
                ROBERT C. FRIESE

            Attorneys for Counterclaim Defendant
            STONE & YOUNGBERG LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    *[signature: Susan Ilston]*
                The Hon. Susan Ilston
                United States District Judge

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100

STIPULATION RE SETTLEMENT CONFERENCE
1883-010\2260016.1

3