IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD OSHER TRUST, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>ALAMEDA CITY OF, <br><br>　　　　Defendant. | No. C 09-01437 SI <br>**(related to C-08-4575)** <br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>November 16, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>April 2, 2010</u>.

DESIGNATION OF EXPERTS: <u>April 30, 2010</u>; REBUTTAL: <u>May 14, 2010</u>.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>June 18, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>July 2, 2010</u>;

　　Opp. Due <u>July 16, 2010</u>; Reply Due <u>July 23, 2010</u>;

　　and set for hearing no later than <u>August 6, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>September 7, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>September 20, 2010</u> at <u>8:30 AM.</u>,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
These two cases shall be consolidated for discovery only.
Initial disclosures shall be produced by 8/21/09 in C-09-1437 SI.
The discovery deadline in C-08-4575 SI has been extended to 10/5/09.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　United States District Judge