UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALAMEDA, CA, ET AL., | Case No. C08-04575 SI (JCS) |
| Plaintiff(s), | |
| v. | **ORDER TO SUBMIT SETTLEMENT CONFERENCE STATEMENTS IN .PDF FORMAT** |
| NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that in addition to the submission of paper copy of settlement conference statements to chambers, each party shall submit their confidential updated settlement conference statements in .pdf format and email their statement to **JCSPO@cand.uscourts.gov**, along with a .pdf of any previous settlement conference statement(s).

All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

Dated: February 8, 2010

JOSEPH C. SPERO
United States Magistrate Judge