WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
Eric J. Firstman – 111534
Gregory R. Aker – 104171
Michael J. Higgins – 151549
Richard E. Elder – 205389
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone: (510) 835-9100
Facsimile: (510) 451-2170
e-mail: gaker@wulfslaw.com

Attorneys for Plaintiffs
CITY OF ALAMEDA, and its
Department, ALAMEDA POWER & TELECOM

OFFICE OF THE CITY ATTORNEY
CITY OF ALAMEDA
Teresa L. Highsmith – 155262
2263 Santa Clara Avenue, Room 280
Alameda, California 94501
Telephone: (510) 747-4750
Facsimile: (510) 747-4767
Email: thighsmi@ci.alameda.ca.us

Attorneys for Plaintiffs
ALAMEDA PUBLIC FINANCING AUTHORITY, and
ALAMEDA PUBLIC IMPROVEMENT CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF ALAMEDA, CALIFORNIA, ON BEHALF OF ITSELF AND ALAMEDA POWER & TELECOM, A DEPARTMENT OF THE CITY OF ALAMEDA; ALAMEDA PUBLIC FINANCING AUTHORITY; AND ALAMEDA PUBLIC IMPROVEMENT CORPORATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND; and THE NUVEEN MUNICIPAL TRUST on behalf of its series THE NUVEEN HIGH YIELD MUNICIPAL BOND FUND,<br><br>    Defendants.<br><br>AND RELATED ACTIONS. | Case No. C 08-04575 SI<br><br>**STIPULATION AND ORDER RE NUVEEN FUNDS' MOTION TO REALIGN PARTIES**<br><br>Honorable Susan Illston |

STIPULATION AND ORDER RE NUVEEN'S MOTION TO REALIGN PARTIES
1883-010\2289020.1

The parties to this action hereby stipulate as follows:

From the date of entry of the Court's order on this stipulation, and going forward, the title of this action shall be: "*In re Nuveen Funds/City of Alameda Securities Litigation*." Further, the Court and the parties shall refer to the Nuveen-affiliated parties as "plaintiffs" and the Alameda-affiliated parties and Stone & Youngberg as "defendants." The Court and the parties shall treat Nuveen's First Amended Counterclaim as the operative complaint in this action. As plaintiffs, the Nuveen-affiliated parties shall have the burden of proof on all of their claims and, unless the Court orders otherwise, shall at the trial of this matter present their opening statement and their case-in-chief first, and their closing argument first and last.

DATED: April 2, 2010  WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION

By: /s/ Michael J. Higgins
    MICHAEL J. HIGGINS

Attorneys for CITY OF ALAMEDA

DATED: April 2, 2010  DAVIS & CERIANI, P.C.

By: /s/ Michael P. Cillo
    MICHAEL P. CILLO

Attorneys for NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND, *et al.*

DATED: April 2, 2010  SHARTSIS FRIESE LLP

By: /s/ Robert C. Friese
    ROBERT C. FRIESE

Attorneys for STONE & YOUNGBERG, LLC

SO ORDERED.

DATED: _____  _____
Hon. Susan Ilston
United States District Judge