IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALAMEDA, CALIFORNIA, | No. C 08-04575 SI |
| Plaintiff, | **THIRD** |
| v. | **PRETRIAL PREPARATION ORDER** |
| NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 16, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 3, 2010.

DESIGNATION OF EXPERTS: 9/24/10; REBUTTAL: 10/15/10.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 12, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by December 3, 2010;

   Opp. Due December 17, 2010;  Reply Due December 23, 2010;

   and set for hearing no later than January 14, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 22, 2011 at 3:30 PM.

JURY TRIAL DATE: March 7, 2011 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By April 16, 2010, counsel shall inform the Court of the type of ADR procedure and the date it's scheduled to occur. The parties have agreed to participate in an ADR process either late June 2010 or early July 2010.

The parties have agreed to increase the number of interrogatories up to 50,
The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.



Dated:

SUSAN ILLSTON
United States District Judge