IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALAMEDA, CALIFORNIA, | No. C 08-04575 SI |
| Plaintiff, | **FOURTH** |
| v. | **PRETRIAL PREPARATION ORDER** |
| NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 24, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 15, 2010.

DESIGNATION OF EXPERTS: 10/29/10; REBUTTAL: 11/12/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 17, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by January 7, 2011;

    Opp. Due January 21, 2011; Reply Due January 28, 2011;

    and set for hearing no later than February 11, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 1, 2011 at 3:30 PM.
(Pretrial papers due 2/22/11)

JURY TRIAL DATE: March 7, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to extend the limit of depositions to 15 instead of 10.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_Susan Illston_
SUSAN ILLSTON
United States District Judge