IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF ALAMEDA, CALIFORNIA,

    Plaintiff,

v.

NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND,

    Defendant.

No. C 08-04575 SI

**5th**

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISPOSITIVE MOTIONS: March 18, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 21, 2011 at 3:30 PM.

JURY TRIAL DATE: July 5, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The court will determine if the cases should be consolidated for trial after ruling on the summary judgment motions.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/7/11

SUSAN ILLSTON
United States District Judge