IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

| 1 | |
|---|---|
| 2 | CITY OF ALAMEDA, CALIFORNIA, No. C 08-04575 SI |
| 3 | Plaintiff, **5th (amended)** |
| 4 | v. **PRETRIAL PREPARATION ORDER** |
| 5 | NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND, |
| 6 | Defendant. |
| 7 | / |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISPOSITIVE MOTIONS: <u>March 18, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>June 21,  2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>July 5, 2011</u>  at <u>8:30 AM</u>.,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The court will determine if the cases should be consolidated for trial after ruling on the summary judgment motions.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/7/11

SUSAN ILLSTON
United States District Judge