IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF ALAMEDA, *et al.*,<br><br>  Defendants.<br>_____/ | No. C 08-4575 SI<br><br>**ORDER DENYING NUVEEN'S MOTION IN LIMINE** |

On May 18, 2011, the Court held a hearing on plaintiffs' motion in limine. Docket No. 214. For the reasons discussed at the hearing, the Court DENIES the motion, without prejudice to plaintiffs making specific objections at the time of trial if S&Y asserts a reliance of counsel defense or if S&Y seeks to introduce evidence that it refused to produce in discovery on the ground of attorney-client privilege.

**IT IS SO ORDERED.**

Dated: May 23, 2011

SUSAN ILLSTON
United States District Judge