IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NUVEEN FUNDS/CITY OF ALAMEDA SECURITIES LITIGATION,<br><br>And related actions.<br>_____/ | No. C 08-4575 SI, C 09-1437 SI<br><br>**ORDER RE: EXTENDING TRIAL SUBPOENAS** |

Now before the Court are Plaintiffs' motions to continue the appearance date for the already-served trial subpoenas from July 5, 2011 to the new trial date of October 3, 2011. For the reasons set forth below, the motions are GRANTED.

During the Case Management Conference on May 18, 2011 the Court vacated the trial originally scheduled to commence on July 5, 2011 and rescheduled the trial to commence on October 3, 2011 at 8:30 a.m. Prior to the rescheduling of the trial date, Plaintiffs had served the following witnesses to appear for the July 5, 2011 trial date:

| | | | |
|---|---|---|---|
| 1. | Judy Wehe | Served: March 30, 2011 | Exhibit 1 |
| 2. | William Garvine | Served: March 31, 2011 | Exhibit 2 |
| 3. | Robert Orbeta | Served: April 1, 2011 | Exhibit 3 |
| 4. | Girish Balachandran | Served: April 1, 2011 | Exhibit 4 |
| 5. | Juelle-Ann Boyer | Served: April 1, 2011 | Exhibit 5 |
| 6. | Valeri Fong | Served: April 21, 2011 | Exhibit 6 |
| 7. | Jim Fleming | Served: May 4, 2011 | Exhibit 7 |

When the above-referenced subpoenas were served this Court's jurisdiction was established over the above witnesses pursuant to F.R.C.P. 45(b)(2). Plaintiffs move to continue the appearance date for the subpoenas already served on the above-listed witnesses to October 3, 2011. IT IS HEREBY ORDERED THAT the above-referenced subpoenas are extended to the new trial date of October 3, 2011. The above named witnesses are ordered to appear on October 3, 2011 at 8:30 a.m.

{00291380.DOCX; 1}    1

at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102 in Courtroom 10.

**IT IS SO ORDERED.**

Dated: __5/25/11_____

_____
SUSAN ILLSTON
United States District Judge

| Attorney or Party without Attorney: | Telephone No.: | For Court Use Only |
|---|---|---|
| GOODIN MacBRIDE SQUERI DAY & LAMPREY LLP<br>505 SANSOME ST.<br>SUITE 900<br>SAN FRANCISCO, CA 94111 | (415) 392-7900 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>NUVEEN | |

Insert name of Court, and Judicial District and Branch Court:
U. S. District Court, Northern District Of California

Plaintiff: IN RE NUVEEN FUNDS / CITY OF ALAMEDA SEC LIT
Defendant:

| PROOF OF SERVICE<br>(Subpoena To Appear And) | Hearing Date:<br>Tue, Jul. 05, 2011 | Time:<br>9:00am | Dept/Div<br>10 | Case Number:<br>C 08-04575 SI/C 09-01437 SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and I served copies of the:
   Subpoena To Appear And Testify At A Hearing Or Trial In A Civil Action

2. a. Party Served:        JUDY WEHE
   b. Person Served:       party in item 2.a.
   c. Address:             1617 143rd AVENUE
                           SAN LEANDRO, CA 94578

3. I served the party named in item 2
   a. **by personally delivering** the copies
      (1) on:    Wed, Mar. 30, 2011
      (2) at:    8:49PM

4. Witness fees were not demanded or paid.

5. Person serving:
   TIM AULT
   **SAME DAY ATTORNEY SERVICE**
   (REGISTERED ALAMEDA COUNTY #584)
   725 WASHINGTON ST, SUITE 200
   OAKLAND, CA 94607
   (510) 444-1441

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. *Fee for service:* $70.25
   d. Registered California process server.
      (2) *Registration No.:* 924
      (3) *County:* ALAMEDA

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Mar. 31, 2011                                              ▶ _____T. Ault_____
                                                                         (Signature)

Jud. Coun. form, rule 982(a)(23)          PROOF OF SERVICE                                GOODIN.40019

| Attorney or Party without Attorney: | Telephone No.: | For Court Use Only |
|---|---|---|
| GOODIN MacBRIDE SQUERI DAY & LAMPREY LLP<br>505 SANSOME ST.<br>SUITE 900<br>SAN FRANCISCO, CA 94111 | (415) 392-7900 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>NUVEEN | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. District Court, Northern District Of California

Plaintiff: IN RE NUVEEN FUNDS / CITY OF ALAMEDA SEC LIT
Defendant:

| PROOF OF SERVICE<br>(Subpoena To Appear And) | Hearing Date:<br>Tue, Jul. 05, 2011 | Time:<br>9:00am | Dept/Div<br>10 | Case Number:<br>C 08-04575 SI/C 09-01437 SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and I served copies of the: Subpoena To Appear And Testify At A Hearing Or Trial In A Civil Action

2. a. Party Served:    WILLIAM GARVINE
   b. Person Served:   party in item 2.a.
   c. Address:         2828 MARINA DRIVE
                       ALAMEDA, CA 94501

3. I served the party named in item 2
   a. **by personally delivering** the copies
      (1) on:  Thu, Mar. 31, 2011
      (2) at:  9:02PM

4. Witness fees were not demanded or paid.

5. Person serving:
   TIM AULT
   **SAME DAY ATTORNEY SERVICE**
   (REGISTERED ALAMEDA COUNTY #584)
   725 WASHINGTON ST, SUITE 200
   OAKLAND, CA 94607
   (510) 444-1441

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. *Fee for service:* $65.75
   d. Registered California process server.
      (2) *Registration No.:* 924
      (3) *County:* ALAMEDA

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Apr. 01, 2011

(Signature)

Jud. Coun. form, rule 982(a)(23)        PROOF OF SERVICE                            GOODIN.40015

**EXHIBIT 3**

| *Attorney or Party without Attorney:*<br>GOODIN MacBRIDE SQUERI DAY & LAMPREY LLP<br>505 SANSOME ST.<br>SUITE 900<br>SAN FRANCISCO, CA 94111<br><br>*Attorney for:* Plaintiff | *Telephone No.:*<br>(415) 392-7900<br><br>*Ref. No. or File No.:*<br>NUVEEN | *For Court Use Only* |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. District Court, Northern District Of California

*Plaintiff:* IN RE NUVEEN FUNDS / CITY OF ALAMEDA SEC LIT
*Defendant:*

| **PROOF OF SERVICE**<br>(Subpoena To Appear And) | *Hearing Date:*<br>Tue, Jul. 05, 2011 | *Time:*<br>9:00am | *Dept/Div*<br>10 | *Case Number:*<br>C 08-04575 SI/C 09-01437 SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and I served copies of the:
   Subpoena To Appear And Testify At A Hearing Or Trial In A Civil Action

2. a. Party Served:           ROBERT ORBETA

   b. Person Served:          party in item 2.a.

   c. Address:                102 HOLLY OAK LANE
                              ALAMEDA, CA 94502

3. I served the party named in item 2
   a. **by personally delivering** the copies
      (1) on:                 Fri, Apr. 01, 2011
      (2) at:                 8:14PM

4. Witness fees were not demanded or paid.

5. Person serving:
   TIM AULT
   **SAME DAY ATTORNEY SERVICE**
   (REGISTERED ALAMEDA COUNTY #584)
   725 WASHINGTON ST, SUITE 200
   OAKLAND, CA 94607
   (510) 444-1441

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. *Fee for service:* $65.75
   d. Registered California process server.
      (2) *Registration No.:* 924
      (3) *County:* ALAMEDA

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Apr. 04, 2011                                              ▶ _____
                                                                       (Signature)

*Jud. Coun. form, rule 982(a)(23)*          **PROOF OF SERVICE**                              GOODIN.40018

| Attorney or Party without Attorney:<br>GOODIN MacBRIDE SQUERI DAY & LAMPREY LLP<br>505 SANSOME ST.<br>SUITE 900<br>SAN FRANCISCO, CA 94111 | Telephone No.:<br>(415) 392-7900 | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>NUVEEN | |

Insert name of Court, and Judicial District and Branch Court:
U. S. District Court, Northern District Of California

Plaintiff: IN RE NUVEEN FUNDS / CITY OF ALAMEDA SEC LIT
Defendant:

| PROOF OF SERVICE<br>(Subpoena To Appear And) | Hearing Date:<br>Tue, Jul. 05, 2011 | Time:<br>9:00am | Dept/Div<br>10 | Case Number:<br>C 08-04575 SI/C 09-01437 SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and I served copies of the: Subpoena To Appear And Testify At A Hearing Or Trial In A Civil Action

2. a. Party Served:       GIRISH BALACHANDRAN
   b. Person Served:      party in item 2.a.
   c. Address:            2617 LINCOLN AVENUE
                          ALAMEDA, CA 94501

3. I served the party named in item 2
   a. **by personally delivering** the copies
      (1) on:    Fri, Apr. 01, 2011
      (2) at:    7:57PM

4. Witness fees were not demanded or paid.

5. Person serving:
   TIM AULT
   **SAME DAY ATTORNEY SERVICE**
   (REGISTERED ALAMEDA COUNTY #584)
   725 WASHINGTON ST, SUITE 200
   OAKLAND, CA 94607
   (510) 444-1441

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. Fee for service: $65.75
   d. Registered California process server.
      (2) Registration No.: 924
      (3) County: ALAMEDA

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Apr. 02, 2011

Jud. Coun. form, rule 982(a)(23)          PROOF OF SERVICE          (Signature)          GOODIN.40013

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>GOODIN MacBRIDE SQUERI DAY & LAMPREY LLP<br>505 SANSOME ST.<br>SUITE 900<br>SAN FRANCISCO, CA 94111 | *Telephone No.:*<br>(415) 392-7900 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>NUVEEN | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. District Court, Northern District Of California

*Plaintiff:* IN RE NUVEEN FUNDS / CITY OF ALAMEDA SEC LIT
*Defendant:*

| PROOF OF SERVICE<br>(Subpoena To Appear And) | *Hearing Date:*<br>Tue, Jul. 05, 2011 | *Time:*<br>9:00am | *Dept/Div*<br>10 | *Case Number:*<br>C 08-04575 SI/C 09-01437 SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and I served copies of the:
Subpoena To Appear And Testify At A Hearing Or Trial In A Civil Action

2. a. Party Served:           JUELLE-ANN BOYER

   b. Person Served:          party in item 2.a.

   c. Address:                1028 ISLAND DRIVE
                              ALAMEDA, CA 94502

3. I served the party named in item 2
   a. **by personally delivering** the copies
      (1) on:                 Fri, Apr. 01, 2011
      (2) at:                 8:19PM

4. Witness fees were not demanded or paid.

5. Person serving:
   TIM AULT
   **SAME DAY ATTORNEY SERVICE**
   (REGISTERED ALAMEDA COUNTY #584)
   725 WASHINGTON ST, SUITE 200
   OAKLAND, CA 94607
   (510) 444-1441

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. *Fee for service:* $65.75
   d. Registered California process server.
      (2) *Registration No.:* 924
      (3) *County:* ALAMEDA

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Apr. 04, 2011                                      ▶ _____
                                                                    (Signature)

*Jud. Coun. form, rule 982(a)(23)*        PROOF OF SERVICE                    GOODIN.40012

| *Attorney or Party without Attorney:*<br>GOODIN MacBRIDE SQUERI DAY & LAMPREY LLP<br>505 SANSOME ST.<br>SUITE 900<br>SAN FRANCISCO, CA 94111 | *Telephone No.:*<br>(415) 392-7900 | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>NUVEEN | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. District Court, Northern District Of California

*Plaintiff:* IN RE NUVEEN FUNDS / CITY OF ALAMEDA SEC LIT
*Defendant:*

| **PROOF OF SERVICE**<br>(Subpoena To Appear And) | *Hearing Date:*<br>Tue, Jul. 05, 2011 | *Time:*<br>9:00am | *Dept/Div*<br>10 | *Case Number:*<br>C 08-04575 SI/C 09-01437 SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and I served copies of the: Subpoena To Appear And Testify At A Hearing Or Trial In A Civil Action

2. a. Party Served:          VALERI O. FONG
   b. Person Served:         party in item 2.a.
   c. Address:               111 FIESTA CIRCLE
                             ORINDA, CA 94563

3. I served the party named in item 2
   a. **by personally delivering** the copies
      (1) on:                Thu, Apr. 21, 2011
      (2) at:                5:44PM

4. Witness fees were offered or demanded and paid.    $61.42

5. Person serving:
   CLARENCE E. RANDOLPH
   **SAME DAY ATTORNEY SERVICE**
   (REGISTERED ALAMEDA COUNTY #584)
   725 WASHINGTON ST, SUITE 200
   OAKLAND, CA 94607
   (510) 444-1441

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. *Fee for service:* $79.50
   d. Registered California process server.
      (2) *Registration No.:* 822
      (3) *County:* ALAMEDA

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Apr. 22, 2011                                            ▶ *(Signature)* CE Randolph   GOODIN.40022

   *Jud. Coun. form, rule 982(a)(23)*          **PROOF OF SERVICE**

**EXHIBIT 7**

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>GOODIN MacBRIDE SQUERI DAY & LAMPREY LLP<br>505 SANSOME ST.<br>SUITE 900<br>SAN FRANCISCO, CA 94111 | *Telephone No.:*<br>(415) 392-7900 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>NUVEEN | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. District Court, Northern District Of California

*Plaintiff:* IN RE NUVEEN FUNDS / CITY OF ALAMEDA SEC LIT
*Defendant:*

| **PROOF OF SERVICE**<br>(Subpoena To Appear And) | *Hearing Date:*<br>Tue, Jul. 05, 2011 | *Time:*<br>9:00am | *Dept/Div*<br>10 | *Case Number:*<br>C 08-04575 SI/C 09-01437 SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and I served copies of the: Subpoena To Appear And Testify At A Hearing Or Trial In A Civil Action

2.  a.  Party Served:       JIM FLEMING
    b.  Person Served:      party in item 2.a.
    c.  Address:            21117 GARY DRIVE, #104
                            CASTRO VALLEY, CA 94546

3. I served the party named in item 2
    a. **by personally delivering** the copies
       (1) on:     Wed, May. 04, 2011
       (2) at:     9:24PM

4. Witness fees were offered or demanded and paid.    $66.82

5. Person serving:
   TIM AULT
   SAME DAY ATTORNEY SERVICE
   (REGISTERED ALAMEDA COUNTY #584)
   725 WASHINGTON ST, SUITE 200
   OAKLAND, CA 94607
   (510) 444-1441

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a.  *Fee for service:* $79.50
   d.  Registered California process server.
       (2) *Registration No.:* 924
       (3) *County:* ALAMEDA

6. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   Date: May. 05, 2011

   ▶ *(Signature)*

Jud. Coun. form, rule 982(a)(23)     PROOF OF SERVICE     GOODIN.40225