# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUVEEN FUNDS/CITY OF ALAMEDA SECURITIES LITIGATION | Case Numbers<br><br>C 08-04575 SI<br>C 09-01437 SI |
| BERNARD OSHER TRUST DTD 3/8/88 BERNARD A. OSHER, TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ALAMEDA CALIFORNIA, *et al.,*<br><br>Defendants. | **ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |

THIS MATTER, having come before the Court on the Stipulated Motion to Dismiss Plaintiffs Nuveen Municipal High Income Opportunity Fund, the Nuveen Municipal Trust on behalf of its series Nuveen High Yield Municipal Bond Fund, and Pacific Specialty Insurance Co. (collectively "Nuveen") claims against Defendant Stone & Youngberg, LLC ("S&Y") with Prejudice ("Stipulation"), and the Court being fully advised in the premises,

HEREBY ORDERS that the Stipulation is GRANTED. Nuveen's claims against S&Y are hereby dismissed with prejudice, pursuant to F.R.C.P. 41, with Nuveen and S&Y to pay their own fees and costs.

DATED this 30th day of July, 2011.

BY THE COURT:

*/s/ Susan Illston*

HONORABLE SUSAN ILLSTON
United States District Judge

{00306424.DOCX; 1}

1