1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO DIVISION

4    BERNARD OSHER TRUST DTD 3/8/88      Case Nos.   C 09-01437 SI
     BERNARD A. OSHER, TRUSTEE,
5                                        RELATED TO AND CONSOLIDATED
                                         FOR DISCOVERY PURPOSES WITH
6                Plaintiff,              Case No. 08-04575 SI

7    v.                                  **ORDER GRANTING MOTION TO**
                                         **DISMISS STONE & YOUNGBERG,**
8    CITY OF ALAMEDA CALIFORNIA, *et al.*,   **LLC WITH PREJUDICE**

9                Defendants.

10

11

12        THIS MATTER, having come before the Court on the Stipulated Motion to

13   Dismiss Plaintiffs Bernard Osher Trust DTD 3/8/88, Bernard A. Osher, Trustee ("Osher") claims

14   against Defendant Stone & Youngberg, LLC ("S&Y") with Prejudice ("Stipulation"), and the

15   Court being fully advised in the premises,

16        HEREBY ORDERS that the Stipulation is GRANTED.  Osher's claims against

17   S&Y are hereby dismissed with prejudice, pursuant to F.R.C.P. 41, with Osher and S&Y to pay

18   their own fees and costs.

19   DATED this ___2nd___ day of __Sept._____, 2011.

20

21                                       BY THE COURT:

22

23                                       _____
                                         HONORABLE SUSAN ILLSTON
24                                       United States District Judge

25

26

27   3382/001/X131616.v1
     09/02/11

28

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO