IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND, *et al.*,

    Plaintiffs,

v.

CITY OF ALAMEDA, *et al.*,

    Defendants.

No. C 08-4575 SI

**JUDGMENT**

    In an order filed May 16, 2011, the Court granted summary judgment in favor of defendant City of Alameda. Plaintiffs and defendant Stone & Youngberg reached a settlement pursuant to which plaintiffs dismissed all claims against Stone & Youngberg with prejudice.

    Accordingly, judgment is entered against plaintiffs and in favor of defendant City of Alameda.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 12, 2011

SUSAN ILLSTON
United States District Judge