UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD OSHER TRUST DTD 3/8/88 BERNARD A. OSHER, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA CALIFORNIA, *et al.*,<br><br>Defendants. | Case Nos.   C 09-01437 SI<br><br>RELATED TO AND CONSOLIDATED FOR DISCOVERY PURPOSES WITH Case No. 08-04575 SI<br><br>**ORDER GRANTING MOTION TO DISMISS STONE & YOUNGBERG, LLC WITH PREJUDICE** |

THIS MATTER, having come before the Court on the Stipulated Motion to Dismiss Plaintiffs Bernard Osher Trust DTD 3/8/88, Bernard A. Osher, Trustee ("Osher") claims against Defendant Stone & Youngberg, LLC ("S&Y") with Prejudice ("Stipulation"), and the Court being fully advised in the premises,

HEREBY ORDERS that the Stipulation is GRANTED.  Osher's claims against S&Y are hereby dismissed with prejudice, pursuant to F.R.C.P. 41, with Osher and S&Y to pay their own fees and costs.

DATED this ___ 7th ___ day of ___ Sept. ___, 2011.

BY THE COURT:

_____
HONORABLE SUSAN ILLSTON
United States District Judge

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3382/001/X131616.v1
09/02/11