IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND, *et al.*,

Plaintiffs,

v.

CITY OF ALAMEDA, *et al.*,

Defendants.
                                                                /

No. C 08-4575 SI

**AMENDED JUDGMENT**

On September 12, 2011, the Court entered judgment against plaintiffs and in favor of defendant City of Alameda. The judgment inadvertently omitted the other Alameda defendants.

Accordingly, the Court *sua sponte* amends the judgment and enters judgment against plaintiffs, and in favor of defendants City of Alameda, Alameda Power & Telecom, Alameda Public Financing Authority, and Alameda Public Improvement Corporation.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 15, 2011

SUSAN ILLSTON
United States District Judge