WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
Eric J. Firstman - 111534
Gregory R. Aker - 104171
Richard E. Elder - 205389
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone:  (510) 835-9100
Facsimile:  (510) 451-2170

Attorneys for Counterclaim Defendants
CITY OF ALAMEDA, and its Department,
ALAMEDA POWER & TELECOM

OFFICE OF THE CITY ATTORNEY
CITY OF ALAMEDA
Janet Kern – 151887
2263 Santa Clara Avenue, Room 280
Alameda, California  94501
Telephone:  (510) 747-4750
Facsimile:  (510) 747-4767
Email: dmooney@ci.alameda.ca.us

Attorneys for Counterclaim Defendants
ALAMEDA PUBLIC FINANCING AUTHORITY, and
ALAMEDA PUBLIC IMPROVEMENT CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NUVEEN FUNDS/CITY OF ALAMEDA SECURITIES LITIGATION | No. C 08-04575 SI<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER RE JUDGMENT, EXECUTION AND BOND** |

WHEREAS, in an order filed May 18, 2012, the Court taxed costs in favor of defendants the City of Alameda, Alameda Power & Telecom, Alameda Public Financing Authority, and Alameda Public Improvement Corporation (collectively, "Alameda") against plaintiffs Nuveen Municipal High Income Opportunity Fund, the Nuveen Municipal Trust, Nuveen Asset Management, Inc., and Pacific Specialty Insurance Company (collectively, "Nuveen") and the Bernard Osher Trust Dated 3/8/88, Bernard A Osher, Trustee, jointly and severally, in the amount of $91,516.20,

WHEREAS, Nuveen has appealed the Court's 2011 Judgment granting summary judgment in favor of Alameda and Alameda has appealed the Court's 2011 denial of certain fees and costs. NOW THEREFORE, it is hereby stipulated that:

1. Alameda and Nuveen stipulate that the proposed judgment attached as Exhibit A is acceptable as to form, without prejudice to either Alameda's or Nuveen's right to pursue the appeals that they have noticed and begun to brief.
2. Alameda will not attempt to execute a judgment for costs or other award of costs against Nuveen relating to this matter without providing Nuveen at least forty-five days notice.
3. Nothing in this stipulation shall restrict or modify in any way Alameda's rights as against Bernard Osher and/or Osher's trusts or related entities, including but not limited to Alameda's right to enforce judgments or other awards of costs against Osher.
4. Nuveen's motion for approval of security (Docket 292) shall be taken off calendar.

DATED: June 21, 2012

WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION

By   /s/  Richard E. Elder
     RICHARD E. Elder

Attorneys for defendants
CITY OF ALAMEDA, *et al.*

-1-
STIPULATION AND [PROPOSED] ORDER RE JUDGMENT, EXECUTION AND BOND
1883-010\2334752.1

DATED: June 21, 2012            DAVIS & CERIANI, P.C.


                                By   /s/ Melissa Hessler
                                    MICHAEL P. CILLO
                                    MELISSA J. HESSLER

                                Attorneys for Defendants and Counterclaimants
                                NUVEEN MUNICIPAL HIGH INCOME
                                OPPORTUNITY FUND, et al.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  6/26/12                 _____
                                The Hon. Susan Ilston
                                United States District Judge

STIPULATION AND [PROPOSED] ORDER RE JUDGMENT, EXECUTION AND BOND
1883-010\2334752.1

# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUVEEN MUNICIPAL HIGH INCOME OPPORTUNITY FUND, *et al.*,

    Plaintiffs,

v.

CITY OF ALAMEDA, *et al.*,

    Defendants.
_____/

No. C 08-4575 SI
    C 09-1437 SI

**JUDGMENT FOR COSTS**

In an order filed May 18, 2012, the Court taxed costs in favor of defendants the City of Alameda, Alameda Power & Telecom, Alameda Public Financing Authority, and Alameda Public Improvement Corporation ("defendants") against plaintiffs Nuveen Municipal High Income Opportunity Fund, the Nuveen Municipal Trust, Nuveen Asset Management, Inc., Pacific Specialty Insurance Company and the Bernard Osher Trust Dated 3/8/88, Bernard A Osher, Trustee ("plaintiffs"), jointly and severally, in the amount of $91,516.20.

Accordingly, judgment is entered against plaintiffs jointly and severally and in favor of defendants in the amount of $91,516.20.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June \_\_, 2012

                                                            SUSAN ILLSTON
                                                            United States District Judge